IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re Cincinnati Policing** | : : : : : : | Case No. C-1-99-3170<br><br>District Judge Susan J. Dlott |

---

| | | |
|---|---|---|
| **Elsie Carpenter**<br><br>      **Plaintiff**<br><br>v.<br><br>    **City of Cincinnati** *et al.*<br><br>      **Defendants** | : : : : : : : : : : | Case No. C-1-99-227<br><br>District Judge Susan J. Dlott |

---

| | | |
|---|---|---|
| **Angela Leisure** *et al.*<br><br>      **Plaintiffs**<br><br>v.<br><br>**City of Cincinnati** *et al.*<br><br>      **Defendants** | : : : : : : : : : : | Case No. C-1-01-286<br><br>District Judge S. Arthur Spiegal |

---

| | |
|---|---|
| **Bomani A. Tyehimba** | : |
|     Plaintiff | :    Case No. C-1-99-317 |
| | : |
|     v. | :    District Judge Susan J. Dlott |
| **Donald Luck** *et al.* | : |
|     Defendants | : |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | |
|---|---|
| **Mark A. Ward** *et al.* | : |
|     Plaintiffs | :    Case No. C-1-99-494 |
| | : |
|     v. | :    District Judge Susan J. Dlott |
| **City of Cincinnati** *et al.* | : |
|     Defendants | : |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | |
|---|---|
| **Antonio Johnson** *et al.* | : |
|     Plaintiffs | :    Case No. C-1-99-1063 |
| | : |
|     v. | :    District Judge Susan J. Dlott |
| **Donald Luck** *et al.* | : |
|     Defendants | : |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | |
|---|---|
| **Matthew Shaw** | : |
|     Plaintiff | :    Case No. C-1-99-1064 |
| | : |
|     v. | :    District Judge Susan J. Dlott |
| **Donald Luck** *et al.* | : |
|     Defendants | : |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

| | | |
|---|---|---|
| Charles A. Wiley | : | Case No. C-1-00-267 |
|     Plaintiff | : | |
| | : | District Judge Susan J. Dlott |
|     v. | : | |
| City of Cincinnati *et al.* | : | |
|     Defendants | : | |

------------------------------------------------------------

| | | |
|---|---|---|
| Lisa Youngblood-Smith | : | |
| | : | Case No. C-1-00-434 |
|     Plaintiff | : | |
| | : | District Judge Susan J. Dlott |
|     v. | : | |
| Charles Garner *et al.* | : | |
|     Defendants | : | |

------------------------------------------------------------

| | | |
|---|---|---|
| Vincent Clark *et al.* | : | |
| | : | Case No. C-1-02-645 |
|     Plaintiffs | : | |
| | : | District Judge Susan J. Dlott |
|     v. | : | |
| City of Cincinnati *et al.* | : | |
|     Defendants | : | |

------------------------------------------------------------

| | | |
|---|---|---|
| John Harris | : | |
| | : | Case No. C-1-02-761 |
|     Plaintiff | : | |
| | : | District Judge Susan J. Dlott |
|     v. | : | |
| City of Cincinnati *et al.* | : | |
|     Defendants | : | |

........................................................

| | | |
|---|---|---|
| Paul Keith *et al.* | : | |
| | : | Case No. C-1-02-777 |
| **Plaintiffs** | : | |
| | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| **Defendants** | : | |

........................................................

| | | |
|---|---|---|
| Roderick Glenn. | : | |
| | : | Case No. C-1-02-760 |
| **Plaintiff** | : | |
| | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| **Defendants** | : | |

........................................................

| | | |
|---|---|---|
| Arnold White | : | |
| | : | Case No. C-1-02-759 |
| **Plaintiff** | : | |
| | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| **Defendants** | : | |

........................................................

| | | |
|---|---|---|
| Adell Stillwell. | : | |
| | : | Case No. C-1-02-763 |
| **Plaintiff** | : | |
| | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | |
| City of Cincinnati *et al.* | : | |
| | : | |
| **Defendants** | : | |

··············································································

| | |
|---|---|
| **Shelia Barnes** *et al.* | : |
| | :    Case No. C-1-02-758 |
| **Plaintiff** | : |
| | :    District Judge Susan J. Dlott |
| v. | : |
| | : |
| **City of Cincinnati** *et al.* | : |
| | : |
| **Defendants** | : |

### ORDER

Upon Joint Motion of the individual plaintiffs in the above-captioned damages actions (collectively, the "Individual Plaintiffs"),[1] by and through their counsel of record, and for good cause shown, the Court hereby **Orders**:

1. Matthew L. Garretson, Administrator of the In Re Cincinnati Policing Damage Claims Qualified Settlement Fund (the "Fund"), to deposit all the remaining assets in the Fund, which consists of $274.30, into the Hamilton County Clerk of Courts Unclaimed Funds account, to be held in perpetuity until such time as the individuals identified in the Joint Motion or their legal representative file claim to recover their portion;

2. All future correspondence regarding the assets held originally by the Fund be directed to the Hamilton County Clerk of Courts Unclaimed Funds account; and

3. The Fund closed and the Administrator discharged of all his duties.

SIGNED this 21st day of August, 2007.

*Susan J. Dlott*

---

[1] By name the Individual Plaintiffs are Elsie Carpenter, Angela Leisure (Harper Now), Bomani Tychimba, Mark Ward, Ronald Cutherbertson, Antonio Johnson, Matthew Shaw, Charles Wiley, Lisa Youngblood-Smith, Vincent Clark, Terry Horton, Hohn Harris, Stephanie Keith, Paul Keith, Enrico Martin, Roderick Glenn, Arnold White, Adell Stillwell, and Sheila Barnes.